IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 12 |
| | § | |
| BLOCKER FARMING ENTERPRISES, LLC | § | CASE NO.: 09-60004-LWD |
| | § | |
| CALE BLOCKER | § | CASE NO.: 09-60003-LWD |
| | § | |
| WILLIAM M. BLOCKER, JR. | § | CASE NO.: 09-60002-LWD |
| | § | |
| DEBTORS. | § | |

**OBJECTION TO CONFIRMATION OF CHAPTER 12 PLAN AND MOTION TO DISMISS**

COMES NOW, Wyatt Processing, LLP, a secured creditor in the above-referenced bankruptcy matter, and files this its objection to confirmation of the Debtor's Chapter 12 Plan and motion to dismiss of same and shows the Court the following:

1.

The Plan does not comply with the provisions of the United States Bankruptcy Code.

2.

The Debtors and related entities have filed numerous plans in the past, none of which have been successfully computed; therefore, the Plan has not been proposed in good faith.

3.

Wyatt Processing, LLP has not accepted the Plan.

4.

The Plan does not provide that Wyatt Processing, LLP retain its lien in the collateral securing its claim.

5.

As of the effective date of the Plan of the property to be distributed under the Plan on account of Wyatt Processing, LLP's claim is less than the allowed amount of Wyatt Processing, LLP's claim, which is due and payable.

6.

The Debtor does not propose to surrender the property securing Wyatt Processing, LLP's claim.

7.

The Debtor will not be able to make all payments under the Plan and comply with the Plan, and the same is not feasible.

8.

The proposed Plan does not comply with the provisions of 11 U.S.C. § 1222.

9.

The Plan does not provide for payment in full as fully secured the debt of Wyatt Processing, LLP.

**WHEREFORE**, Wyatt Processing, LLP prays that this Court deny confirmation of the Debtor's Chapter 12 Plan as proposed and dismiss the same.

This 3rd day of June, 2009.

/S/ Glen A. Cheney
**GLEN A. CHENEY**
Georgia Bar No. 122825
Attorney for Wyatt Processing, LLP

GLEN A. CHENEY, P.C.
Post Office Box 1548
Reidsville, Georgia 30453
(912) 557-4606

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the Objection to Confirmation of Chapter 12 Plan and Motion to Dismiss and its exhibits upon counsel for all parties in the foregoing matter by electronic mail or regular mail by addressing same to:

J. Michael Hall
Hall & Kirkland, P.C.
Attorney for Debtors
Post Office Box 647
Statesboro, Georgia 30459

Samuel L. Kay, Clerk
Bankruptcy Court
Post Office Box 1487
Augusta, Georgia 30903

Randy C. Anderson
Ginn Company
8 Siebald Street
Statesboro, Georgia 30458

J. Kendall Gross via electronic mail

William Keith McGowan via electronic mail

Dawson Mckinnon Morton via electronic mail

R. Kenny Stone via electronic mail

A. Stephenson Wallace via electronic mail

Ruth H. Young via electronic mail.

and depositing same in the United States Mail, with adequate postage affixed thereon.

This 3rd day of June, 2009.

GLEN A. CHENEY, P. C.

/s/ Glen A. Cheney
GLEN A. CHENEY
State Bar of GA No. 122825
Attorney for Wyatt Processing, LLP

100 Memorial Drive
Post Office Box 1548
Reidsville, Georgia 30453
(912) 557-4606